#290472

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
AMNON KASSAB

CASE NO. 10-30175-BKC-

MAY -2 2011

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX)   The trustee has a balance of $ 125.00 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  )   The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: APR 2 9 2011

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

AMNON KASSAB  
2084 NW 18 AVE  
MIAMI, FL 33142

RICHARD ADAMS, ESQ.  
ADAMS & ASSOCIATES, PA  
1165 W 49 ST, SUITE 107  
HIALEAH, FL 33012

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                  CASE NO.   10-30175-BKC-
AMNON KASSAB

                                        CHAPTER 13


AMNON KASSAB                            ---------$          125.00

2084 NW 18 AVE                              UNDELIVERABLE/STALE
MIAMI, FL 33142                             CLAIM REGISTER# _0_


RICHARD ADAMS, ESQ.
ADAMS & ASSOCIATES, PA
1165 W 49 ST, SUITE 107
HIALEAH, FL 33012

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130